LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

|  |  |
|---|---|
| DESIREE D. PAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 22-00149 RAO<br><br>[~~PROPOSED~~] ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($1,200.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: July 12, 2022

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

–1–